# Court of Appeals
# of the State of Georgia

ATLANTA, __October 24, 2012__

*The Court of Appeals hereby passes the following order:*

A12A0859.  WHITE v. SMITH.
A12A0883.  WHITE v. SHANKS et al.

We granted interlocutory appeals in the captioned companion cases to consider the trial court's order in Case No. A12A0859 entered on September 23, 2011 denying summary judgment to White, and the trial court's order in Case No. A12A0883 entered on September 23, 2011 denying summary judgment to White.  Having considered the entire record on appeal, we dismiss both appeals as improvidently granted.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __10/24/2012__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


_____ , *Clerk.*